**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1881**

ADRIAN L. MCBRIDE,

                Plaintiff - Appellant,

        v.

US BANK HOME MORTGAGE,

                Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:15-cv-00036-GMG-RWT)

Submitted: December 17, 2015        Decided: December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Adrian L. McBride, Appellant Pro Se. Jared Matthew Tully, FROST, BROWN & TODD, LLC, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian L. McBride appeals the district court's order granting Defendant's motion for judgment on the pleadings and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McBride v. US Bank Home Mortg., No. 3:15-cv-00036-GMG-RWT (N.D.W. Va. July 22, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED